```
Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

Scott M. Harris
State Bar No. 011524
Scott M. Harris, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 252-7400
Facsimile: (602) 795-5610
Email: harris@smharrislaw.com
```

*Attorneys for Plaintiff Kimberly Russell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Kimberly Russell, | Case No. 2:17-cv-00788-JJT |
|---|---|
| Plaintiff, | **STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| Life Insurance Company of North America, | |
| Defendant. | |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each side will bear its own attorney's fees and costs.

-1-

RESPECTFULLY SUBMITTED this 20th day of October, 2017.

BY: /s/ Scott E. Davis
    Scott E. Davis
    Scott M. Harris
    Attorneys for Plaintiff

BY: /s/ Kristina Holmstrom
    Kristina Holmstrom
    Attorney for Defendant